# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2672

_____

| | | |
|---|---|---|
| Robert W. Harris, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| National Archives and Records | * | Western District of Missouri. |
| Administration, | * | |
| | * | [Unpublished] |
| Appellee. | * | |

_____

Submitted:  January 6, 2000
Filed:  January 14, 2000

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Robert W. Harris appeals the district court's[1] adverse grant of summary judgment in his action seeking disclosure of certain medical and military records pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.  After de novo review, see Hennenfent v. Mid Dakota Clinic, P.C., 164 F.3d 419, 421 (8th Cir. 1998), we conclude the grant of summary judgment was proper

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

for the reasons stated by the district court. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.